IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ROLON MORALES
WALESKA RODRIGUEZ CARRASQUILLO

DEBTORS

CASE NO. 08-08293-ESL

CHAPTER 13

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COME NOW, **CARLOS ROLON MORALES** and **WALESKA RODRIGUEZ CARRASQUILLO** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated September 8, 2009, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Carlos Rolon Morales and Waleska Rodiguez Carrasquillo; and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 8th day of September, 2009.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                           Case No. **3:08-bk-8293 (231927)**

**ROLON MORALES, CARLOS & RODRIGUEZ CARRASQUILLO, WALESKA**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                  ☑ AMENDED PLAN DATED: **9/08/2009**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **0.00** x **3** = $ **0.00**
$ **200.00** x **57** = $ **11,400.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **11,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **11,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,999.00**

Signed: **/s/ CARLOS ROLON MORALES**
         Debtor

        **/s/ WALESKA RODRIGUEZ CARRASQUIL**
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR D**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
*Any tax refunds received during the term of the Plan shall be paid into the Plan as a additional payment.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

ROLON MORALES, CARLOS
RR 01 BOX 2060
CIDRA, PR  00739

WALMART
PO BOX 530927
ATLANTA, GA  30353-0927

RODRIGUEZ CARRASQUILLO, WALESKA
RR 01 BOX 2060
CIDRA, PR  00739

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR  00936-4445

COOP A/C SAN JOSE
BOX 2020
AIBONITO, PR  00705

DORAL FINANCIAL
1451 FD ROOSEVELT AVE
SAN JUAN, PR  00920

FIA CSNA
PO BOX 17054
WILMINGTON, DE  19884

FRANCISCO MIRANDES ROQUE
PMB 807 BOX 7891
GUAYNABO, PR  00970-7891

LCDO. EDELMIRO SALAS GONZALEZ
VILLA NEVARES 1072 17 ST.
SAN JUAN, PR  00927