IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ROLON MORALES

WALESKA RODRIGUEZ CARRASQUILLO

XXX-XX-7416

XXX-XX-6911

Debtor(s)

CASE NO. 08-08293 ESL

Chapter 13

**FILED & ENTERED ON 06/18/2013**

### ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION

This case is before the Court on debtor(s)' motion under 11 USC §1329 to modify the confirmed plan and to confirm the amended plan dated **05/20/2013** (docket entry #**93**). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of June, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: DEBTOR(S)
**ROBERTO FIGUEROA CARRASQUILLO**
**ALEJANDRO OLIVERAS RIVERA**